**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JOHN WESLEY WILLIAMS, III,

     Plaintiff,

v.                                                                    Case No. 4:11cv311-SPM/WCS

H. LONG, et al.,

     Defendants.

_____/

## ORDER

     This cause comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation (doc. 4) which recommends that Plaintiff's

complaint be dismissed without prejudice.  Plaintiff has been afforded an

opportunity to file objections.  No objections were filed.  Upon consideration, I

have determined that the Report and Recommendation is accurate and should

be adopted.

     Accordingly, it is hereby ORDERED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 4) is

     **adopted** and incorporated by reference into this order; and

2.     This case is **dismissed without prejudice**.

3.     The Clerk is directed to close this case.

**DONE AND ORDERED** this 21st day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge